## Mary O'Brien, Appellant, v. Raymond L. O'Brien, Appellee.

### Gen. No. 45,402.

George D. Sullivan, and Edward J. Hess, for appellant; Samuel A. Rinella, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed June 13, 1951; released for publication July 30, 1951.